

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ENTERED
07/09/2020

| | | |
|---|---|---|
| IN RE: § | | |
| OMAR WEAVER ROSALES; aka § | | CASE NO: 19-10492 |
| WEAVER § | | |
|     Debtor § | | |
| § | | CHAPTER 7 |
| § | | |
| _____ § | | |
| HERRING & PANZER, LLP, *et al* § | | |
|     Plaintiffs § | | |
| § | | |
| VS. § | | ADVERSARY NO. 20-1003 |
| § | | |
| OMAR WEAVER ROSALES § | | |
|     Defendant § | | |

**ORDER**
**DENYING DEFENDANT'S MOTION TO DISMISS**
*Resolving ECF No. 9*

Pending before the Court is a single matter self-styled as "Motion to Dismiss Adversarial Proceeding Based on Failure to State a Claim, Statute of Limitations"[1] filed by Omar Weaver Rosales. A response to the Motion to Dismiss was filed by Herring & Panzer, LLP, et al.[2] On July 8, 2020, a hearing was held on the Motion to Dismiss. For the reasons stated on the record and the Court's accompanying Memorandum Opinion it is therefore:

**ORDERED**: that

1. Omar Weaver Rosales' Motion to Dismiss[3] is DENIED.

SIGNED 07/09/2020.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

---

[1] ECF No. 9.
[2] ECF No. 12.
[3] ECF No. 9.